

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br>Roberto Flores-Diaz,<br><br>　　　　　　Defendant. | Case No. ED 09-224<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  District of Utah  for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised release~~]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on  Unknown ties to community; Unknown bail resources;

1

1  • UNDOCUMENTED STATUS;  • MULTIPLE IDENTIFIERS;
2  • PRIOR DEPORTATIONS.
3  (and/or)
4  B.  (✓)  The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on: • PRIOR CRIMINAL HISTORY (MULTIPLE
8  FELONIES INCLUDING POSSESSION FOR SALES).
9  
10  
11  
12       IT THEREFORE IS ORDERED that the defendant be detained pending the
13  further revocation proceedings.
14  
15  DATED: 10/13/09
16  
17  
18                                           _____
19                                           DAVID T. BRISTOW
                                             UNITED STATES MAGISTRATE JUDGE
20  
21  
22  
23  
24  
25  
26  
27  
28